JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE COIN TYRE GROUP, LTD., and CHINA MANUFACTURERS ALLIANCE, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>CTR IMPORT & EXPORT, and DOES 1 through 10,<br><br>  Defendants. | Case No. 5:21-cv-00745-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order on Second Renewed Motion for Default Judgment [ECF No. 53]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3. The operative pleading is the Complaint [ECF No. 1] filed by Plaintiffs Double Coin Tyre Group, Ltd. and China Manufacturers Alliance, LLC (jointly, "Plaintiffs").

4. With respect to the first (trademark infringement under 15 U.S.C. § 1114), second (trademark counterfeiting under 15 U.S.C. § 1116(d)), fourth (false advertising under 15 U.S.C. § 1125(a)), and fifth (unfair competition under 15 U.S.C. § 1125) claims for relief in Plaintiffs' Complaint, Plaintiffs shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Defendant CTR Import & Export, in the amount of **$411,125**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 5, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE